## Vargo et al. v. Martin.

November 4, 1949.

J. William Jordan for appellants.

Hiram H. Owens for appellee.

CLAY, COMMISSIONER—Dismissing appeal.

Appeal dismissed for failure of appellant to file the record within the time prescribed by Kentucky Criminal Code of Practice Section 429-1.